HOLLAND & KNIGHT LLP
Allison D. Martin Rhodes (SBN 261496)
Dayna E. Underhill *pro hac vice*
Daniel P. Kappes (SBN 303454)
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
E-mail: allison.martinrhodes@hklaw.com
E-mail: dayna.underhill@hklaw.com
E-mail: daniel.kappes@hklaw.com

Attorneys for Defendants
*Trademark Engine, LLC and Travis Crabtree*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.; LEGALFORCE INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TRADEMARK ENGINE LLC.; TRAVIS CRABTREE; and DOES 1-50, INCLUSIVE, <br><br> Defendants. | Case No. 5:17-cv-7303-LHK <br><br> **DECLARATION OF NICHOLAS B. MELZER IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS** <br><br> Hearing Date:  August 30, 2018 <br> Time:          1:30 p.m. <br> Courtroom:     8 <br> Before:        Hon. Lucy H. Koh |

I, Nicholas B. Melzer, declare as follows:

1.      I am a partner with Holland & Knight, LLP.  I represent Trademark Engine LLC and Travis Crabtree (collectively, "Defendants") in this matter.  I prepared this declaration, and if called upon to testify to the contents hereof, I could do so competently.

2.      On March 29, 2018, I flew from Los Angeles, California to Houston, Texas, in order to investigate the allegations made by Plaintiffs in their Motion for Sanctions for "Discovery Misconduct and Witness Tampering."

3.      On March 30, 2018, I met with Jordan Franklin and was accompanied by another associate at my firm.

4.       During that meeting, Ms. Franklin offered to sign a declaration.

5.      Attached hereto as Exhibit 1 is a true and correct copy of the 3/30/18 Declaration of Jordan Franklin, which she signed in my presence.

Dated April 4, 2018, at Los Angeles, California.      ___/s/ Nicholas B. Melzer_____
                                                    Nicholas B. Melzer

Melzer Declaration ISO Motion for Sanctions                    Case No. 5:17-cv-7303-LHK

# EXHIBIT 1

## DECLARATION OF JORDAN FRANKLIN

I, Jordan B. Franklin, declare as follows:

1. I live in Houston, Texas and I am a former Trademark Engine employee.

2. I have a Bachelor in philosophy from Baylor and a Juris Doctor from the Southern University Law Center.

3. I have recently taken the Texas Bar Exam and my admission to the Texas State Bar is pending.

4. On March 1, 2018, Raj Abhyanker reached out to me, unsolicited, via hireanesquire.com, a website where I had posted my resume, and expressed interest in interviewing me for a position at LegalForce RAPC Worldwide ("LegalForce"). A true and correct copy of that correspondence is attached hereto as Exhibit A.

5. I interviewed over the phone with Mr. Abhyanker, Ryan Bethell, and Heather Sapp on March 2, 2018. Mr. Abhyanker told me he was calling from California.

6. The following day, Mr. Abhyanker emailed me and invited me to Tempe, Arizona for an in-person interview. A true and correct copy of my correspondence with Mr. Abhyanker regarding the in-person interview is attached hereto as Exhibit B.

7. The email attached hereto as Exhibit B is the first time that Mr. Abhyanker disclosed to me that he and his companies were in litigation against Trademark Engine, but he assured me that he would keep me "isolated" from these litigations.

8. I did not inquire into the nature of the litigation against Trademark Engine and Mr. Abhyanker did not provide any details about the Trademark Engine litigation.

9. At no time did Mr. Abhyanker inform me that he or his companies had sued Travis Crabtree.

10. After the interview in Tempe, I received an offer of employment with LegalForce and I agreed to move to Tempe, Arizona for the job. A true and correct copy of the employment agree that I signed is attached hereto as Exhibit C.

11. At no time during the interview process with LegalForce did Mr. Abhyanker or anyone else tell me that I was providing evidence for use in any legal document or legal proceeding.

-1-

DECLARATION OF JORDAN FRANKLIN

12.     At no time did Mr. Abhyanker or anyone else tell me that any of my interviews were recorded.

13.     At no time during the interview process did Mr. Abhyanker or anyone else tell me they considered me a "cooperating" witness in any litigation.

14.     To the contrary, I believed that I was simply interviewing for a job.

15.     On March 21, 2018, I spoke with Mr. Crabtree about a subject unrelated to Trademark Engine or the litigation with Mr. Abhyanker and LegalForce.  During that discussion I told Mr. Crabtree that I had interviewed for and accepted a job with LegalForce.

16.     Mr. Crabtree asked me whether I was aware that statements I made in my interviews with LegalForce may have been used in court filings in LegalForce's litigation against him and Trademark Engine.

17.     At that time, I was not aware that anything I said during my interviews with LegalForce had been used in a court filing and I asked to see a copy.  Mr. Crabtree agreed to provide me with a copy of the First Amended Complaint in which I was supposedly quoted.

18.     Mr. Crabtree assured me that he was not upset with me and that he would not take any offense if I chose to pursue employment with LegalForce.

19.     I then located a copy of the First Amended Complaint in the case between LegalForce and Trademark Engine through online resources.  Mr .Crabtree never sent me a copy.

20.     The words attributed to me in that First Amended Complaint and in an Opposition to a Motion to Dismiss were quoted entirely out of context and without my consent.

21.     After learning that I had been quoted in those legal documents without my consent, I concluded that I was not interested in working for LegalForce.

22.     On March 21, 2018, I emailed Mr. Abhyanker and withdrew my acceptance of the job offer with LegalForce.  A true and correct copy of my correspondence with Mr. Abhyanker regarding my withdrawal is attached hereto as Exhibit D.

23.     Other than the correspondence attached hereto as Exhibit D, I did not communicate with Mr. Abhyanker or anyone else at LegalForce about withdrawing my acceptance of the job offer.

-2-

DECLARATION OF JORDAN FRANKLIN

24. At no time did Mr. Crabtree threaten me. Mr. Crabtree has never threatened me in any way.

25. I never agreed to cooperate with Mr. Abhyanker or LegalForce in any lawsuit.

26. I believe that I was misled by Mr. Abhyanker, tricked into discussing Trademark Engine and Mr. Crabtree, and offered a job with LegalForce under false pretenses.


I declare under penalty of perjury that the foregoing is true and correct. Executed in Houston, Texas on the 30th day of March, 2018.

*Jordan B. Franklin*

Jordan B. Franklin

-3-

DECLARATION OF JORDAN FRANKLIN

# EXHIBIT A

 

🔒 app.hireanesquire.com ↻



# Interview with LegalForce RAPC

**Originator**
Raj A.

**Recipients**
You, Raj A.

## Messages

*Raj A. said a month ago:* "Jordan, I would like to interview you for ..." ➖

Jordan,

I would like to interview you for opportunities at LegalForce RAPC Worldwide. When are you available for an interview? We are a trademark and patent law firm.

My email is raj@legalforcelaw.com.

Thank you!

Raj

3/1/2018 8:18 pm

  

# EXHIBIT B

---------- Forwarded message ----------
From: **Raj@legalforcelaw.com** <raj@legalforcelaw.com>
Date: Sat, Mar 3, 2018 at 4:12 PM
Subject: Re: Follow up
To: Jordan Franklin <franklin.b.jordan@gmail.com>
Cc: Ryan Bethell <ryanb@legalforcelaw.com>, Heather Sapp <Heather@legalforcelaw.com>,
Managers <managers@legalforcelaw.com>


I've booked it and sent you an itinerary.  Booking hotel and car for you now.

Sent from my iPhone

On Mar 3, 2018, at 8:57 AM, Jordan Franklin <franklin.b.jordan@gmail.com> wrote:

> Good morning Mr. Abhyanker,
>
> Yes sir I am still very interested in the position! I have been looking up flights for Wednesday and I am having a hard time finding something under or around $500.
>
>
> This message was sent from my iPhone. Please excuse any errors.

On Mar 3, 2018, at 9:50 AM, Raj Abhyanker <raj@legalforcelaw.com> wrote:

> Jordan,
>
> We were impressed with your background an d enjoyed speaking with you yesterday.  We were expecting a follow up email from you yesterday.   Are you still interested in opportunities at LegalForce RAPC, and would you like fly to Tempe for an interview?
>
> As discussed, the position for you are eligible for would be for a Law Clerk in our Tempe Arizona office, transitioning to a U.S. trademark office upon passing the bar exam.
>
> You should know however that we are in significant federal litigation against companies that offer trademark services without lawyers including Trademark Engine and LegalZoom, but we would keep you isolated from these litigations to the extent possible as these litigations are led from our office in Silicon Valley.
>
>
> Kindly let us know if our opportunity further interests you.  I have copied Heather and Ryan on this email.
>
> Kind regards,
>
> Raj
>
> On Thu, Mar 1, 2018 at 9:16 PM, Jordan Franklin <franklin.b.jordan@gmail.com> wrote:
>
>> Good Evening Mr. Abhyanker,
>>
>> Attached to this email is my updated resume. Please let me know if there is anything else you will need from me. I look forward to speaking with you all tomorrow.
>>
>> Warm regards,
>>
>> Jordan B. Franklin, J.D.

B.A. Philosophy Baylor '12
Southern University Law Center '17

On Thu, Mar 1, 2018 at 10:09 PM, Raj Abhyanker
<raj@legalforcelaw.com> wrote:

**more details »**

**Jordan Franklin: Interview with LegalForce RAPC
Worldwide**

Jordan,

We look forward to speaking with you.   Can you dial into the number
below?

Also, can you send to me your detailed resume in advance of the call?

Conference #: 800 - 760 -3309  Participant Code: 76366324

Thank you!

Raj Abhyanker

Event Details:
Invitee: Jordan Franklin
Invitee Email: franklin.b.jordan@gmail.com

Note: Should you need to cancel or reschedule the event, we
recommend you use the cancel and reschedule features from your
Calendly Dashboard.

| When | Fri Mar 2, 2018 2:15pm – 3:15pm Central Time |
| --- | --- |
| Calendar | Jordan Franklin |
| Who | • Raj Abhyanker - organizer |
| | • Jordan Franklin |
| | • Ryan Bethell |

Going?  **Yes** - **Maybe** - **No**   **more options »**

Invitation from Google Calendar

You are receiving this email at the account franklin.b.jordan@gmail.com because
you are subscribed for invitations on calendar Jordan Franklin.

To stop receiving these emails, please log in to https://www.google.com/calendar/
and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response.
Learn More.

--

**Raj Abhyanker**
Partner



call:      1-650-390-6461
email:    raj@legalforcelaw.com
web:      http://www.legalforcelaw.com/raj-v-abhyanker/
connect:  http://www.linkedin.com/in/uspatentattorney



LegalForce RAPC Worldwide
Professional Law Corporation
1580 W. El Camino Real, Suite 9-10
Mountain View, CA 94040 United States

www.legalforcelaw.com

About **LegalForce RAPC Worldwide -** LegalForce RAPC Worldwide is a leading
general practice law firm specializing in serving the diverse needs of individuals,
businesses, and institutions worldwide.   The firm created the Trademarkia.com
website.

This electronic transmission contains information which is confidential and/or
privileged. The information is intended for use only by the individual or entity named
above. If you are not the intended recipient (or the employee or agent responsible for
delivering this information to the intended recipient), you are hereby notified that any
use, dissemination, distribution, or copying of this communication is prohibited. If
you have received this information in error, please notify me by electronic mail and
delete all copies of the transmission. Thank you.

# EXHIBIT C



March 19, 2018

Jordan Franklin
Email: franklin.b.jordan@gmail.com
Phone: +1 (281) 989-7319

### Law Clerk - Employment Contract - LegalForce RAPC Worldwide

Dear Jordan,

Congratulations! I am delighted to welcome you to our LegalForce Family, and offer you a Law Clerk position in our Tempe Arizona operations of LegalForce RAPC Worldwide ("Firm").

To assist you, we have listed below terms of your employment during the clerkship:

**Clerkship Term & Employment Status.** The Law Clerk position is a regular, full time, exempt position. Your is scheduled to start on **April 2, 2018**.

**At-Will Employment.** The Firm is excited about your joining and looks forward to a beneficial and productive relationship. Nevertheless, you should be aware that your employment with the Firm is for no specified period and constitutes at-will employment. As a result, you are free to resign at any time, for any reason or for no reason. Similarly, the Firm is free to conclude its employment relationship with you at any time, with or without cause, and with or without notice. We request that, in the event of resignation, you give the Firm at least two (2) weeks' notice.

**Compensation.** You will be paid an annual salary of $37,440 ($720 per week). You will be paid in accordance with the Firm's normal payroll procedures (weekly) for Regular Exempt employees.

**Benefits.** As a full-time and regular employee, you will be eligible for benefits in accordance with the Firm's Benefits Plan after 30 days of employment. A summary of your Benefits is enclosed. Details of your Benefits Plan will be provided to you during your New Employee Orientation and referenced in the Company's Employee Handbook.

The Firm reserves its rights to modify benefits from time to time as it deems necessary and in its sole discretion.

**Reporting Structure & Job Title.** Your Managers will be Heather Sapp (substantive legal matters) and Ryan Bethell (operations). The Firm reserves its right to modify job titles from time to time as it deems necessary and in its sole discretion.

**Use of Systems, Data, Equipment & Tools.** As a Law Clerk of the Firm, you will have access to the Firm's systems, data, tools, and equipment used for managing our clients and/or safe operation of the Firm. You agree to maintain safety of systems, data, tools and equipment provided to you; including: all



passwords, access codes, keys, client information and items that could compromise the safety of employees and clients and economic condition of the Firm.   All systems, data, equipment and tools provided are the property of the Firm and will be returned immediately upon request from your Manager or the Firm's Attorney Manager.   Any loss or compromise in security must be reported in writing to your Manager immediately.

Use of Firm's resources is restricted and should only be for the benefit of the Firm.   In the event of separation or termination of employment, you agree to voluntary return all systems, data, equipment and tools that are the Firm's property.   Failure to return the Firm's property at the time of termination will be considered theft.   The Firm reserves the right to take legal action against any current or terminated employees who commits theft of the Firm's property.

**Use of Name, Likeness, or Voice to Video, Internet or Print.**   As a Law Clerk of the Firm, you may be required to write at least two blog posts for the Firm's www.lawinspiring.com blog each month.

**Working Hours.** You are scheduled to work at the Firm's Tempe, Arizona office between 9 am to 5 pm Monday through Friday. Should you want alternate working hours (e.g., 11am to 7pm); you can request them directly from your manager.   Requests will be considered and approved based on the business needs of the Firm.

**Time Off.**  If you are unable to work as scheduled and you require time off due to an emergency or illness, you must report your absence immediately by contacting your Manager(s) and updating your time off status in the company's HR system.   All other time off request must be requested through the HR system and approved with a minimum two-weeks advance notice.   Time off will be approved based on business need and requires that advance approval from your Manager(s).

The Firm reserves its right to modify its Time-Off Policy from time to time as it deems necessary and in its sole discretion.

**Dress Code.** You are required to dress to work in business casual attire and represent the company consistent with our brand identity.

**Confidentiality.**   As a Law Clerk of the Firm, you will have access to certain confidential information of the Firm and you may, during the course of your employment, develop certain information or inventions that you agree will be the property of the Firm. Similarly, you agree not to bring any third party confidential information to the Firm, including that of your former employer, and that in performing your duties for the Firm you will not in any way utilize any such information.

**Conflict of Interest.** You are required to disclose all outside employment, business, affiliation or conflicting personal or educational activity ("Conflicting Interest") in advance of or at the time of Acceptance of the Offer, and continuously during the course of your employment.   Upon evaluation, the Firm reserves the right to request you to terminate any Conflicting Interest that is perceived to be a Conflict of Interest or in any other way averse with and to the Firm or its stakeholders. You agree to



disclose all Conflicting Interests.  Failure to terminate any Conflicting Interest may result in disciplinary action including and up to termination with the Firm.

Any Personal Interest disclosed and approved must not be conducted during work hours and must not interfere with the Law Clerk's responsibilities with the Firm.

**Authorization to Work.**  For purposes of federal immigration law, you will be required to provide to the Firm documentary evidence of your identity and eligibility for employment in the United States.  Such documentation must be provided to us within three (3) business days of your date of hire, or our employment relationship with you may be terminated.

**Trade Secrets, Proprietary Information and Client Ownership.**  In the course of your employment with the Firm, you will be provided access to confidential information, trade secrets and proprietary information. Dissemination of trade secrets, proprietary information, employee lists, prospect lists and client information are strictly prohibited.  You agree not to utilize, divulge, or otherwise make use of such information without the express written consent of the Firm's Managing Partner.

There are significant costs associated with client acquisition.   It is important that you understand and agree that prospective and retained clients of the Firm (whether retained by the Firm before you joined the Firm as an employee, or throughout the course of your employment, or afterward) are the Firm's clients unless independently released by the client(s).   Any loss of prospective or current client(s) will result in financial injury to the Firm.  In the event of your resignation or termination of employment from the Firm or anytime while you are an employee, you agree to not to solicit any prospective or current clients of the Firm's for a private practice other than the Firm without express written request and approval for transfer from the Firm's Managing Partner, Raj Abhyanker. If you violate this policy and the Firm loses prospective or current client(s), the Firm reserves the right to take legal action against you to remedy the financial injury sustained by the Firm due to the potential or actual loss in revenue. You further understand and agree that this agreement to not solicit prospective and current clients of the Firm is independent of your ability to practice your profession at a different law firm or business, and, therefore this trade secret and non-solicitation agreement in no way abridged or impedes your ability to compete fairly in your chosen profession in the future.

Initial that you have read and understood this policy:  j f          .

**Dispute Resolution:** This agreement, and any dispute arising out of this agreement, shall be governed by laws of the State of California.   Any dispute or other legal action concerning this agreement, including any arbitration or litigation proceedings shall be conducted in Santa Clara County, California, unless the parties mutually agree on a more suitable jurisdiction.   You and the Firm shall submit to transferring a dispute to mandatory and exclusive binding arbitration of any controversy or claim arising out of, or relating to, this Agreement or any breach hereof, provided, however, that the parties retain their right to, and shall not be prohibited, limited or in any other way restricted from, seeking or obtaining equitable relief from a court having jurisdiction over the parties and provided that the request is done prior to an answer to a lawsuit which has been filed.   In such an event, such arbitration shall be



governed by the Federal Arbitration Act and conducted through the American Arbitration Association in the State of California, Santa Clara County, before a single neutral arbitrator, in accordance with the National Rules for the Resolution of Employment Disputes of the American Arbitration Association in effect at that time.

The parties may conduct only essential discovery prior to the hearing, as defined by the AAA arbitrator. The arbitrator shall issue a written decision that contains the essential findings and conclusions on which the decision is based. You shall bear only those costs of arbitration you would otherwise bear had you brought a claim covered by this Agreement in court. Judgment upon the determination or award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

Initial that you have read and understood this policy:  j f          .

**Harassment Free Workplace.**  It is the policy of the Firm, that all employees have a right to work in an environment free from all forms of discrimination, including sexual harassment, intimidation, retaliation or coercion.  The Firm is committed to providing a work environment free from sexual harassment or harassment of any type.  You agree to follow the policy of the Firm and ensure that harassment does not occur by complying with the conduct standards and by conducting yourself at all times in an appropriate and professional manner. If you experience any type of harassment, you must report the incident immediately to your Manager and/or Human Resources.  Additional information about our policy will be discussed on the Employee Handbook.

Initial that you have read and understood this policy:  j f          .

**Non-Disparagement.** You agree not to participate in any dissemination of information that would harm the reputation of the Firm, and hinder our ability to do business including recruiting employees and acquiring clients.

**References Check.** Your offer is contingent upon the Firm receiving a satisfactory response to the References investigation, including, but not limited to, phone calls with references that you provide, a motor vehicle report, a criminal conviction history search, and verification of your education, employment authorization, and a social security trace.

**Firm rules and standards.** You will be specifically required to sign and acknowledgement that you have read and that you understand the Firm's rules of conduct, which are included in the Employee Handbook.  As a condition of your employment, you are also required to sign and comply with an At-Will Employment, Responsiveness Commitment, Professional Responsibility Commitment, Job Description, Confidential Information, Invention Assignment and Arbitration Agreement which requires, among other provisions, the assignment of patent rights to any invention made during your employment with the Firm, and non-disclosure of Company proprietary information.

**Acceptance:** To accept the Company's offer, please sign and date this letter in the space provided below.  This letter, along with any agreements relating to proprietary rights between you and the Firm,



set forth the terms of your employment with the Firm and supersede any prior representation or agreements including, but not limited to, representation made during your recruitment, interviews or pre-employment negotiations, whether written or oral.  This letter, including, but not limited to, it's at-will employment provisions, may not be modified or amended except by a written agreement signed by the Managing Partner of the Firm and you.

**This offer of employment will terminate if it is not accepted, signed and returned by March 23, 2018.**

Should you have any questions, please contact Ryan Bethell at 650-390-6409.

Thank you for considering this offer.  Thank you for considering this offer.  We look forward to your favorable reply and helping you take your education to new heights at LegalForce RAPC Worldwide.

Respectfully,

*Gordan Franklin*

Ryan A. Bethell
Managing Attorney
**LegalForce RAPC Worldwide**

Agreed to and accepted:

Signature: _____*Gordan Franklin*_____

Name: Jodan Franklin

Date: __03/20/2018_____

Enclosures: Law Clerk Job Description, Responsiveness Commitment



## Law Clerk/Legal Assistant  Job Description

**Job Title: Law Clerk**

**Department:** Trademark

**Revision Date:** March 19, 2018

**Job Category:** Full-Time, Exempt

**Reporting Manager:**  Attorney Manager,

**Fair Labor Standards Act (FLSA):**
Non-Exempt

### Position Overview

The position of Law Clerk is a temporary position with the Firm.  The Law Clerk at the direction of a Senior Trademark Attorney will assist in communicating with the clients any Trademark Prosecution Matters or Office Action (OA) or Notice of Allowance (NOA).  The Law Clerk will at the direction of a Sr. Trademark Attorney will also assist with trademark searches, drafting, preparing copyright filings and notices and related work for clients.  A Law Clerk will support a Senior Attorney of the Firm and will gain valuable knowledge and real world experience in the fields of corporate law and intellectual property law (trademark, patents, and copyright).

### Essential Job Functions (Duties and Responsibilities):

- Draft for review Office Action Responses as guided and supervised by a Sr. Trademark Attorney.
- Draft for review Trademark filings as supervised by the Senior Trademark Attorney/Training and Communications Manager.
- Contact clients to provide with status updates.
- Maintain timely and accurate notes regarding client's case status on the firm's software system(s).
- Provide guidance and advice to clients regarding brand protection, trademarks and intellectual property.
- Proactively follow-up on time sensitive requirements with a sense of urgency.
- Effectively track clients matters and deadlines.
- Professionally handle client issues and ensure prompt resolution with guidance from attorney manager.
- Provide quality service and support to attorneys and other team members as assigned.
- Organize and manage multiple priorities.
- Maintain an exceptional level of written and verbal communication with clients and team members.
- Meet specified productivity and quality metrics.
- Be available to work on time as scheduled.
- Respond to communications from clients and internal team members within 1 business day.



**Non-essential Job Functions:**

- Share continuous feedback and ideas on process improvements for the Firm and efficiencies in serving client.

**Minimum Requirements:**

- Bachelor's Degree.
- Current enrollment or completion of an ABA approved Juris Doctorate program.
- Ability to work in the Firm's office in Tempe Arizona.
- Strong writing and research skills.
- Exceptional client counseling, rapport building, and business development skills.

**Competencies:**

- **Responsiveness** - Respond to clients & colleagues with a sense of urgency.
- **Rapport Building** – Responds to clients with care and compassion.  Able to build trust and confidence.
- **Respect** - Fulfills commitment to self and others.  Communicates in a kind and professional manner.
- **Retention & Client Relation Sk**ills
- **Reputation & High Ethical Standards**
- **Responsibility** – Ensures that the Firm's Mission is accomplished embodies our values and shows commitment to serving our clients.
- **Proactiveness** -  Ability to make recommendations to clients and internal stakeholders.
- **Self Starter** - Ability to work well independently by yourself in a diligent and proactive manner.

NOTE: THIS JOB DESCRIPTION IS NOT INTENDED TO BE ALL-INCLUSIVE.  EMPLOYEES MAY PERFORM OTHER RELATED DUTIES AS ASSIGNED TO MEET THE ONGOING NEEDS OF THE ORGANIZATION.  THE FIRM RESERVES THE RIGHT TO CHANGE JOB DESCRIPTION FROM TIME TO TIME AS IT DEEMS NECESSARY AND IN ITS SOLE DISCRETION.

Signature:  *Jordan Franklin*
**Law Clerk**

Date:  03/20/2018



**RESPONSIVENESS COMMITMENT**

The law firm of LegalForce RAPC Worldwide takes pride in the quality of service that we offer to our clients.

**Mission:** It is our Firm's Mission to become our clients' primary choice for all legal services.   To accomplish this, we commit to the following.  Please initial each :

❑ **Responsiveness:**  I will respond to emails and phone calls from both colleagues and clients within 1 business day, even if only briefly to inform as to when a more complete response can be expected.

❑ **Rapport:**  I will build relationships with clients by responding with care and compassion, acknowledging receipt of even minor email messages and phone calls because I believe that our clients deserve my very best.

❑ **Respect:**  If I am unavailable during a business day, I will show respect for colleague and client time by either:

(a) Checking email and phone messages from home/on the road, or by
(b) Making prior arrangements for an assistant or colleague to answer emails on my behalf in my absence via the available communication "vacation responder" tools.

I will communicate in a professional manner at all times to all team members

❑ **Retention:** I will best protect client interests by informing of alternative services we offer, reinforcing the Firm's efforts to retain clients and minimize loss whenever possible. Return of client funds is subject to the express approval of the Finance Team and Supervising Partner who alone have the authority to grant refunds.

❑ **Reputation:**  I will support the Firm's public relations outreach efforts, doing whatever I can to build and maintain a stellar reputation by committing to quality services and communications at all times, both in the office and outside it.

❑ **Responsibility:**  I understand that it is everyone's responsibility to ensure that our Mission is accomplished and therefore I commit to this checklist, acknowledging that my Responsiveness Commitment may be periodically evaluated for determining my continued employment as well as team acknowledgments and other bonuses.



**Accepted and Acknowledged:**

Printed Name: Jordan Franklin

_Jordan Franklin_
Signature

_03/20/2018_
Date



**PROFESSIONAL RESPONSIBILITY COMMITMENT**

Both law firm of LegalForce RAPC Worldwide and LegalForce, Inc. require each Attorney Apprentice, Legal Assistant, Support Staff, Patent Agents, Consultant, Management, Foreign Attorneys, and other non-licensed employees supporting the Firm to uphold the same professional responsibility commitments required for Attorneys licensed to practice in the United States at the Firm.   Please confirm that you have read and understood these guidelines, and sign that you agree to abide by them.

It is our Brand Mission to professionally deliver services in an ethically compliant manner.   To accomplish this, I commit to the following.   Please initial each :

<u>**To Clients of the Firm**</u>

j f _____ **Confidentiality:** I understand that I cannot use or reveal anything related to the representation of a client by the Firm without first asking, in writing, the Working Attorney at the Firm I support to seek consent from the Client, and getting written confirmation from the Working Attorney that consent has been received.   I will take active steps to protect client confidential information, both in paper and electronic form, that I may become privy to during the course of my responsibilities, both in paper and electronic form. Communicating this information via phone to internal team members at the Firm is acceptable so long as it is maintained on a need-to-know basis.

j f _____ **Loyalty:** I understand that the Firm cannot represent two parties who are adverse to each other, and I will assist the Working Attorney I support by bringing up potential conflicts between opposing clients that I may become aware of or encounter while serving in a Legal Assistant capacity.

j f _____ **Financial Responsibility:** I understand that I will take active steps to ensure that client credit cards, payment information, and financial information is confidentiality maintained and not shared with anyone other than internally on a strict need-to-know basis.   I understand that I cannot communicate client credit card and financial information via email correspondence, and must use a secure communication platform in the Admin panel to communicate this information, or provide this information internally over the phone or via secure email adhering to a strict need-to-know basis.

j f _____ **Competence:** I understand that as a non-licensed support professional, <u>I cannot and will not give legal advice</u> to an existing or prospective client to the Firm regarding United States legal matters. This means that I will not give a client or prospective client of the Firm any advice that is tied to their particular facts related to a legal issue in the United States, such as the chances of success, likelihood of winning/losing, and/or other advice tying legal knowledge to facts.   I understand that I can only relay information that deals with legal advice to the client when it has been provided to me by the Working Attorney in writing, and agree to limit any communication that I have with a client to basic (procedural) legal facts which are not tied to legal arguments, legal analysis or opinion.   I agree to seek out counsel from the Working Attorney at the Firm I support prior to working on any legal matter.   Legal matters are any and all matters related to the prosecution of patent and trademark applications, any matters that require analyzing specific facts related to the representation of a client, and any matters that require



legal analysis or opinion.

_jf_ **Unauthorized Practice of Law:** I understand that as a non-licensed support professional, I cannot and will not practice law. I have been advised, including through this letter, that the practice of law is construed to include:

- Giving advice or counsel to persons as to their legal rights or responsibilities or to those of others;
- Selecting, drafting, or completing legal documents or agreements that affect the legal rights of a person;
- Representing a person before an adjudicative body, including, but not limited to, preparing or filing documents or conducting discovery; or
- Negotiating legal rights or responsibilities on behalf of a person
- For a person's conduct to be considered the practice of law, there must be another person (or business client) toward whom the benefit of that conduct is directed. The conduct also must be targeted toward the circumstances or objectives of a specific person (or business client).

I understand that an exception to the rule above is limited to providing services under the supervision of a licensed attorney in compliance with the Rules of Professional Conduct.   I understand that courts have held that the publication of legal self-help books is not the practice of law.   I further understand non-lawyers engaged in the practice of law could be subject to civil and criminal penalties in the United States or foreign countries.

<u>To the Legal Profession, Third Parties, the Court, and the Public</u>

_jf_ **Candor/Truthfulness:**  I agree to not make any false statements with respect to any legal matter and/or any matter on which I am working on to any Working Attorney and/or the Firm's management.  I will not sign a trademark matter or any matter requiring attorney signature on behalf of an attorney using an electronic /s/ signature or via printed signature under any circumstance.  I will solely sign documents with my signature.

_jf_ **Fairness/Non-Discrimination:**  I agree to treat each co-worker or client that I work with fairly, and with no discrimination on the basis of race, color, gender, sexual orientation, religion, age, or national origin.

_jf_ **Dignity/Decorum:**  I agree to refrain from using curse words and offensive words in my capacity at work, and to refrain from coming to work under the influence of any illegal drug or alcoholic substance.

**Accepted and Acknowledged:**



Printed Name: Jordan Franklin

_Jordan Franklin_

Signature

03/20/2018

Date



**EMPLOYEE PROPRIETARY INFORMATION
COPYRIGHTS AND INVENTIONS AGREEMENT**

The following confirms an agreement between LegalForce RAPC Worldwide, a California S Corporation (the "Firm") and I, the undersigned, which is a material part of the consideration for my employment by the Firm:

1.              I understand that the Firm possesses Proprietary Information which is important to its business.  For purposes of this Agreement, "Proprietary Information" is information that was developed, created, or discovered by the Firm, or its predecessor in interest, or which became known by, or was conveyed to the Firm, which has commercial value in the Firm's business.  "Proprietary Information" includes, but is not limited to, trade secrets, copyrights, ideas, techniques, know-how, inventions (whether patentable or not), and/or any other information of any type relating to designs, configurations, toolings, documentation, recorded data, schematics, circuits, mask works, layouts, source code, object code, masterworks, master databases, algorithms, flow charts, formulae, works of authorship, mechanisms, research, manufacture, improvements, assembly, installation, intellectual property including patents and patent applications, business plans, past or future financing, marketing, forecasts, pricing, customers, the salaries, duties, qualifications, performance levels, and terms of compensation of other employees, and/or cost or other financial data concerning any of the foregoing or the Firm and its operations generally and other information concerning the Firm's actual or anticipated business, research or development, or which is received in confidence by or for the Firm from any other person.  I understand that my employment creates a relationship of confidence and trust between me and the Firm with respect to Proprietary Information.

2.              I understand that the Firm possesses "Firm Documents" which are important to its business.  For purposes of this Agreement, "Firm Documents" are documents or other media that contain Proprietary Information or any other information concerning the business, operations or plans of the Firm, whether such documents have been prepared by me or by others.  "Firm Documents" include, but are not limited to, blueprints, drawings, photographs, charts, graphs, notebooks, customer lists, computer disks, tapes or printouts, sound recordings and other printed, typewritten or handwritten documents.

3.              In consideration of my employment by the Firm and the compensation received by me from the Firm from time to time, I hereby agree as follows:

a.              All Proprietary Information and all patents, patent rights, copyrights, mask work rights, trade secrets, moral rights and other rights in connection therewith shall be the sole property of the Firm.  I hereby assign to the Firm any rights I may have or acquire in such Proprietary Information.  At all times, both during my employment by the Firm and after its termination, I will keep in confidence and trust and will not use or disclose any Proprietary Information or anything relating to it without the prior written consent of an officer of the Firm, except as may be necessary in the ordinary course of performing my duties to the Firm.



b.          I agree to make and maintain adequate and current written records, in a form specified by the Firm, of all inventions, trade secrets and works of authorship assigned or to be assigned pursuant to this Agreement. All Firm Documents shall be the sole property of the Firm. I agree that during my employment by the Firm, I will not remove or electronically transmit any Firm Documents from the business premises of the Firm or deliver any Firm Documents to any person or entity outside the Firm, except as I am required to do in connection with performing the duties of my employment. I further agree that, immediately upon the termination of my employment by me or by the Firm for any reason, or during my employment if so requested by the Firm, I will return all Firm Documents, apparatus, equipment, and other physical property, or any reproduction of such property, excepting only (i) my personal copies of records relating to my compensation; (ii) my personal copies of any materials previously distributed generally to shareholders of the Firm; and (iii) my copy of this Agreement.

c.          I will promptly disclose in writing to my immediate supervisor, with a copy to the President of the Firm, or to any persons designated by the Firm, all "Inventions," which includes all improvements, inventions, works of authorship, mask works, computer programs, formulae, ideas, processes, techniques, know-how, and data, whether or not patentable, made or conceived or reduced to practice or developed by me, either alone or jointly with others, during the terms of my employment. I will also disclose to the President of the Firm all things that would be Inventions if made during the term of my employment, conceived, reduced to practice, or developed by me within six (6) months of the termination of my employment with the Firm or my departure. Such disclosures shall be received by the Firm in confidence (to the extent they are not assigned in (d) below) and do not extend the assignment made in Section (d) below. I will not disclose Inventions to any person outside the Firm unless I am requested to do so by management personnel of the Firm.

d.          I agree that all Inventions which I make, conceive, reduce to practice or develop (in whole or in part, either alone or jointly with others) during my employment shall be the sole property of the Firm to the maximum extent permitted by Section 2870 of the California Labor Code, a copy of which is attached as Exhibit A. This assignment shall not extend to Inventions, the assignment of which is prohibited by Labor Code Section 2870. The Firm shall be the sole owner of all patents, copyrights and other intellectual property or other rights in connection therewith. I further acknowledge and agree that such Inventions, including any computer programs, programming documentation, and other works of authorship, are "works made for hire" for purposes of the Firm's rights under copyright laws. I hereby assign to the Firm any rights I may have or acquire in such Inventions.

e.          I agree to perform, during and after my employment, all acts deemed necessary or desirable by the Firm to permit and assist it, at the Firm's expense, in obtaining, maintaining, defending and enforcing patents, copyrights or other rights on such Inventions and improvements in any and all countries. Such acts may include, but are not limited to, execution of documents and assistance or cooperation in legal proceedings. I hereby irrevocably designate and appoint the Firm and its duly authorized officers and agents, as my agents and attorney-in-fact to act for and on my behalf and instead of me, to execute and file any applications or related findings and to do all other lawfully permitted acts to further the prosecution and issuance of patents, copyrights or other rights thereon



with the same legal force and effect as if executed by me.

f.          I have attached as Exhibit B a complete list of all Inventions or improvements to which I claim ownership and that I desire to remove from the operation of this Agreement, and I acknowledge and agree that such list is complete.  If no such list is attached to this Agreement, I represent that I have no such Inventions and improvements at the time of signing this Agreement.  If, in the course of my employment with the Firm, I incorporate into a Firm product, process or machine such an existing Invention or improvement owned by me or in which I have an interest, the Firm is hereby granted and shall have a nonexclusive, royalty-free, irrevocable, perpetual, worldwide license to make, have made, modify, use and sell such Invention or improvement as part of or in connection with such product, process or machine.

g.          During the term of my employment and for one (1) year thereafter, I will not encourage or solicit any employee of the Firm to leave the Firm for any reason; provided, however, that this obligation shall not affect any responsibility I may have as an employee of the Firm with respect to the bona fide hiring and firing of Firm personnel.

h.          Prior to my submitting or disclosing for possible publication or dissemination outside the Firm any material prepared by me that incorporates information that concerns the Firm's business or anticipated research, I agree to deliver a copy of such material to an officer of the Firm for his or her review.  Within twenty (20) days of such submission, the Firm agrees to notify me whether the Firm believes such material contains any Proprietary Information, and I agree to make such deletions and revisions as are reasonably requested by the Firm to protect its Proprietary Information.  I further agree to obtain the consent of the Firm prior to any review of such material by persons outside the Firm.

i.          I agree that during my employment with the Firm, I will not engage in any employment, business, or activity that is in any way competitive with the business or proposed business of the Firm, and I will not assist any other person or organization in competing with the Firm or in preparing to engage in competition with the business or proposed business of the Firm.   The provisions of this paragraph shall apply both during normal working hours and at all other times including, but not limited to, nights, weekends, and vacation time, while I am employed by the Firm.

j.          I represent that my performance of all the terms of this Agreement and as an employee of the Firm does not and will not breach any agreement to keep in confidence proprietary information, knowledge or data acquired by me in confidence or in trust prior to my employment by the Firm, and I will not disclose to the Firm, or induce the Firm to use, any confidential or proprietary information or material belonging to any previous employers or others.  I represent and warrant that I have returned all property and confidential information belonging to all prior employers.  I have not entered into, and I agree I will not enter into, any agreement either written or oral in conflict herewith or in conflict with my employment with the Firm.  I further agree to conform to the rules and regulations of the Firm.

4.          I agree that I am employed on an "at-will" basis according to the terms and conditions of that certain Executive Employment Agreement between the Firm and myself entered into as of even



date herewith.

5.          If one or more provisions of this Agreement are held to be unenforceable under applicable law, such provisions shall be excluded from this Agreement and the balance of the Agreement shall be interpreted as if such provisions were so excluded and shall be enforceable in accordance with its terms.

6.          This Agreement shall be effective as of the first day of my employment with the Firm and shall be binding upon me, my heirs, executor, assigns, and administrators, and shall inure to the benefit of the Firm, its subsidiaries, successors and assigns.

7.          I agree that the covenants and obligations contained in this Agreement relate to special, unique and extraordinary matters and that a violation of any of such covenants or obligations may cause the Firm irreparable injury for which adequate remedy at law will not be available; and, therefore, that upon any such breach of any such covenant or obligation, or any threat thereof, the Firm shall be entitled to the immediate remedy of a temporary restraining order, preliminary injunction or such other form of injunctive or equitable relief in addition to whatever remedies they might have at law. Furthermore, I agree to indemnify the Firm against and shall reimburse the Firm for and in respect of any and all claims, demands, losses, cost, expenses, obligations, liabilities, damages, remedies and penalties, including interest, penalties and reasonable attorneys' fees and expenses that the Firm shall incur or suffer and which arise from, are attributable to, by reason of or in connection with any breach or inaccuracy of or any failure to perform or comply with any of my agreements or covenants contained in this Agreement.

8.          This Agreement can only be modified by a subsequent written agreement executed by an officer of the Firm.

9.          Although I may work for the Firm outside of California or the United States, I understand and agree that this Agreement shall be interpreted and enforced in accordance with the laws of the State of California.

I HAVE READ THIS AGREEMENT CAREFULLY AND I UNDERSTAND AND ACCEPT THE OBLIGATIONS WHICH IT IMPOSES UPON ME WITHOUT RESERVATION.  NO PROMISES OR REPRESENTATIONS HAVE BEEN MADE TO ME TO INDUCE ME TO SIGN THIS AGREEMENT.  I SIGN THIS AGREEMENT VOLUNTARILY AND FREELY.

Name of Employee: Jordan Franklin

_Jordan Franklin_                                    03/20/2018
Signature                                                   Date



# Signature Certificate



🔒 Document Reference:   UJUHAXI2W5SWGXBRCVRAV5

RightSignature
Easy Online Document Signing



**Ryan A. Bethell**
Party ID: XBK4XEJFZJRKHRSCZWASTD
IP Address: 184.176.140.165
VERIFIED EMAIL: ryanb@legalforcelaw.com



Multi-Factor
Digital Fingerprint Checksum    d3bcfcf8acc020474172c6993438283ec495a5b6





**Jordan Franklin**
Party ID: F8R7J6JP2465859BNIA3RJ
IP Address: 72.196.40.141
VERIFIED EMAIL: franklin.b.jordan@gmail.com

Jordan Franklin

Multi-Factor
Digital Fingerprint Checksum    a62d7ab097e6ce6563f297164e6eafbb14a6649d



| Timestamp | Audit |
|---|---|
| 2018-03-20 09:42:51 -0700 | All parties have signed document. Signed copies sent to: Raj Abhyanker, Ryan A. Bethell, Jordan Franklin, and Jolly Mathew. |
| 2018-03-20 09:42:50 -0700 | Document signed by Ryan A. Bethell (ryanb@legalforcelaw.com) with drawn signature. - 184.176.140.165 |
| 2018-03-20 09:42:36 -0700 | Document viewed by Ryan A. Bethell (ryanb@legalforcelaw.com). - 184.176.140.165 |
| 2018-03-20 09:37:04 -0700 | Document signed by Jordan Franklin (franklin.b.jordan@gmail.com) with drawn signature. - 72.196.40.141 |
| 2018-03-20 09:23:41 -0700 | Document viewed by Jordan Franklin (franklin.b.jordan@gmail.com). - 72.196.40.141 |
| 2018-03-19 18:29:24 -0700 | Document created by Jolly Mathew (jolly@legalforcelaw.com). - 50.196.185.153 |



This signature page provides a record of the online activity executing this contract.

Page 1 of 1

# EXHIBIT D

---------- Forwarded message ----------
From: **Jordan Franklin** <franklin.b.jordan@gmail.com>
Date: Wed, Mar 21, 2018 at 4:48 PM
Subject: Re: Withdrawal of Accepted Employment Offer
To: Raj Abhyanker <raj@legalforcelaw.com>
Cc: Heather Sapp <heather@legalforcelaw.com>, Ryan Bethell <ryanb@legalforcelaw.com>,
Managers <managers@legalforcelaw.com>


Thank you so much Ryan and Heather for your kind words.

Raj, I respect your passion behind what you do, however I would have preferred to stay out of
the litigation entirely and not have my words used to support claims against someone I

consider a mentor even though my identity was kept private. Had I known this was a possible outcome I would have made sure to answer the questions directed more to my knowledge of the subject matter and not any logistics.

This message was sent from my iPhone. Please excuse any errors.

On Mar 21, 2018, at 4:01 PM, Raj Abhyanker <raj@legalforcelaw.com> wrote:

>   Jordan,
>
>   I am sorry to hear this.  I have heard that Ryan and Heather were very impressed
>   with you, and were really looking forward to joining us.
>
>   Attached is our filed FAC, in which we intentionally made sure we left your
>   identity private.   We hope that you reconsider.
>
>   Respectfully,
>
>
>   Raj
>
>   On Wed, Mar 21, 2018 at 12:12 PM, Heather Sapp
>   <heather@legalforcelaw.com> wrote:
>
>>     Jordan,
>>
>>     I am legitimately sorry to hear this, but of course understand. Please know that
>>     it was your professionalism, integrity, and brains that we saw from the start and
>>     is why we made the offer. We invited you to join our firm because you were the
>>     best person for the job -- we were all incredibly impressed by you in both the
>>     phone interview and the in-person. I know you would have been an asset to our
>>     team, and am certain you have a fantastic career ahead of you.
>>
>>
>>     **Heather A. Sapp**
>>     Senior Trademark Attorney
>>     Training & Communications Manager



>>     **Silicon Valley - Phoenix - London - Warsaw - Nagpur - Pretoria - Beijing**



>>     LegalForce R.A.P.C. Worldwide
>>     A Professional Law Corporation
>>
>>     LegalForce RAPC Worldwide is a leading general practice law firm serving the diverse
>>     needs of individuals, businesses, and institutions worldwide. RAPC Worldwide is a law
>>     firm in the LegalForce network. Each LegalForce network firm is an independent law firm
>>     authorized and regulated by the State Bar in which it is licensed, and shares the aim of

upholding high ethical standards while offering exceptional legal expertise and access with an uncompromising commitment to client needs.

This electronic transmission contains information which is confidential and/or privileged. The information is intended for use only by the individual or entity named above. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient), you are hereby notified that any use, dissemination, distribution, or copying of this communication is prohibited. If you have received this information in error, please notify me by electronic mail and delete all copies of the transmission. Thank you.

On Wed, Mar 21, 2018 at 11:37 AM, Jordan Franklin <franklin.b.jordan@gmail.com> wrote:

> Good Afternoon Raj, Heather and Ryan
>
> I want to thank you all for considering me for your law clerk program and position. It was truly an honor to speak with you all and meet with the entire LegalForce team. I thank you all from the bottom of my heart for seeing something in me. Although I have already accepted your offer to start, unfortunately I am going to have to withdraw my acceptance. I was informed and aware of the pending litigation you all had against LegalZoom et. al., however, after speaking with my mentor this morning I was made aware of the amended complaint against him and his company. I was willing to proceed with the opportunity until my loyalty, character and morals were adversely affected. Not only was I made aware of the amended lawsuit, I was informed of quotes used that were directly from me and obtained during the initial phone interview, even though my identity was kept secret.
>
> As I have made known during the interview process, one of the owners and creators of Trademark Engine is a mentor of mine; an individual that has exposed me to and opened my eyes to the world of intellectual property and specifically trademarks. He has done nothing but help me and give me opportunity after opportunity to further my career professionally and my life personally. I feel as though the use of my words for the personal objectives of LegalForce has left me in a compromising and very uncomfortable position. As a professional, I pride myself on being such and as a human being I pride myself on exhibiting loyalty and good character even when I am the only person in the room. I would have preferred anything said during what I assumed to be an interview for a job opportunity not be used against someone I have a personal connection with in order to further your litigation objectives especially without my knowledge.
>
> With this ensuing conflict of interest, I must, for the sake of my conscious, withdraw my acceptance. I wish you all the best and continued success individually and collectively as a company. It is my hope you can both understand and respect my decision.
>
> Best,

Jordan B. Franklin, J.D.
Baylor University B.A. Philosophy '12
Southern University Law Center '17

--

**Raj Abhyanker**
Partner



call:      1-650-390-6461
email:    raj@legalforcelaw.com
web:      http://www.legalforcelaw.com/raj-v-abhyanker/
connect:  http://www.linkedin.com/in/uspatentattorney



LegalForce RAPC Worldwide
Professional Law Corporation
1580 W. El Camino Real, Suite 9-10
Mountain View, CA 94040 United States

www.legalforcelaw.com

About **LegalForce RAPC Worldwide -** LegalForce RAPC Worldwide is a leading general practice
law firm specializing in serving the diverse needs of individuals, businesses, and institutions
worldwide.   The firm created the Trademarkia.com website.

This electronic transmission contains information which is confidential and/or privileged. The
information is intended for use only by the individual or entity named above. If you are not the
intended recipient (or the employee or agent responsible for delivering this information to the
intended recipient), you are hereby notified that any use, dissemination, distribution, or copying of
this communication is prohibited. If you have received this information in error, please notify me by
electronic mail and delete all copies of the transmission. Thank you.

<2018-03-19 Amended Complaint First [dckt 44_0].pdf>