IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEGALFORCE RAPC WORLDWIDE P.C., et al., | Case No. 17-cv-07303-MMC |
|---|---|
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO PLAINTIFFS; EXTENDING DEADLINE FOR DEFENDANTS TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SANCTIONS** |
| v. | |
| TRADEMARK ENGINE LLC, et al., | |
| Defendants. | |

Re: Dkt. No. 79

Before the Court is plaintiffs' "Administrative Motion to File Under Seal Plaintiffs' Opposition to Defendants' Motion for Sanctions and Related Exhibits," filed April 16, 2018. Defendants have filed opposition. Having read and considered the papers filed in support of and in opposition to the administrative motion, the Court rules as follows.

Under the Local Rules of this District, a party who seeks leave to file under seal a document or portions thereof must establish the material sought to be filed under seal is "privileged, protectable as a trade secret or otherwise entitled to protection under law," and any such request "must be narrowly tailored to seek sealing only of sealable material." See Civil L.R. 79-5(b).

Here, plaintiffs seek leave to file under seal the entirety of their "Opposition to Defendants' Trademark Engine LLC and Travis Crabtree's Motion for Sanctions," as well as the entirety of five declarations and eight exhibits submitted in support of the opposition. Plaintiffs contend said filings should be filed under seal "to protect the safety and security of the certain individuals described in the unredacted versions of the Opposition" (see Pls.' Admin. Mot. at 2:6-9), an argument that, at best, would only apply

1 to certain portions of the plaintiffs' submissions.

2 Accordingly, plaintiffs' administrative motion is hereby DENIED without prejudice, and plaintiffs are hereby DIRECTED to file in the public record, no later than seven days from the date of this order, either: (1) an opposition to defendants' sanctions motion, as well as any evidence in support thereof; or (2) a renewed administrative motion to file under seal, in conformity with Civil Local Rule 79-5(d)(1), and in which plaintiffs seek leave to file under seal only those portions of their opposition, declarations and/or exhibits plaintiffs contend are confidential or otherwise entitled to protection under law.

Lastly, the deadline for defendants to file a reply to plaintiffs' opposition to the motion for sanctions is hereby EXTENDED; defendants' reply shall be filed no later than seven days following the date on which plaintiffs serve defendants with their opposition.

**IT IS SO ORDERED.**

Dated: April 24, 2018

MAXINE M. CHESNEY
United States District Judge