1   HOLLAND & KNIGHT LLP
    Allison D. Martin Rhodes (SBN 261496)
2   Dayna E. Underhill *pro hac vice*
    Nicholas Melzer (SBN 246356)
3   Daniel P. Kappes (SBN 303454)
    400 South Hope Street, 8th Floor
4   Los Angeles, CA 90071
    T 213.896.2400 |  F 213.896.2450
5   E-mail: allison.martinrhodes@hklaw.com
    E-mail: nicholas.melzer@hklaw.com
6   E-mail: dayna.underhill@hklaw.com
    E-mail: daniel.kappes@hklaw.com
7
    Attorneys for Defendants
8   *Trademark Engine, LLC and Travis Crabtree*

9

10                  **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13                                              )   Case No. 5:17-cv-7303-MMC
     LEGALFORCE RAPC WORLDWIDE,                 )
14   P.C.; LEGALFORCE INC.,                     )   [~~PROPOSED~~] **ORDER ON RENEWED**
                                                )   **MOTION TO STAY DISCOVERY**
15                   Plaintiffs,                )
                                                )
16            vs.                               )   ~~Hearing Date:  May 18, 2018~~
                                                )   Time:            9:00 am
17   TRADEMARK ENGINE LLC.; TRAVIS              )   Courtroom:      7
     CRABTREE; and DOES 1-50,                   )   Before:         Hon. Maxine M. Chesney
18   INCLUSIVE,                                 )
                                                )
19            Defendants.                       )
                                                )

20

21

22

23

24

25

26

27

28

Having considered Defendants Travis Crabtree's and Trademark Engine, LLC's ("Defendants") Renewed Motion to Stay Discovery ("Motion"), the papers filed in support of and in opposition to the Motion,[1] ~~and arguments by counsel~~, the Court finds that there is good cause to GRANT the Motion and stay discovery. [2]

THEREFORE, IT IS ORDERED that Defendants' Motion is GRANTED and discovery in this matter is stayed until _resolution of defendants' Moti_on to Compel Arbitration and Motion to Dismiss Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

Dated: __May 1, 2018__ , 2018         _

_Maxine M. Chesney_
THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

---

[1] Although plaintiffs did not file opposition to the Motion to Stay Discovery, the Court has considered the arguments set forth in plaintiffs' opposition to defendants' Motion to Shorten Time for Hearing on Motion to Stay Discovery, in which filing plaintiffs set forth their position as to the propriety of a stay of discovery.

[2] The May 18, 2018, hearing is hereby VACATED.

[PROPOSED] ORDER RE: RENEWED MOTION TO STAY          Case No. 5:17-cv-7303-MMC