IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRADEMARK ENGINE LLC, et al.,<br><br>Defendants. | Case No. 17-cv-07303-MMC<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS; DIRECTIONS TO PLAINTIFFS**<br><br>Re: Dkt. No. 87 |

Before the Court is plaintiffs' "Administrative Motion to File Under Seal Plaintiffs' Opposition to Defendants' Motion for Sanctions," filed April 24, 2018. Defendants have filed opposition thereto. Having read and considered the parties' respective written submissions, the Court rules as follows.

By the instant motion, plaintiffs seek leave to file under seal, and to preclude defendants from receiving a copy of, the unredacted version of their opposition to defendants' motion for sanctions, in which version plaintiffs set forth details regarding a telephone call plaintiffs received from an "anonymous caller." (See Pls.' Adm. Mot. at 2:15.)[1] Plaintiffs fail to cite any authority in support of their argument that they should not be required to serve defendants with the unredacted version of their opposition. See Civil L.R. 7-3(a) (providing opposition to motion must be "filed and served"). Moreover, plaintiffs fail to show the subject information is entitled to be filed under seal.

Accordingly, plaintiffs' administrative motion is hereby DENIED.

---

[1] The redacted version of the opposition, which has been filed in the public record and served on defendants, states plaintiffs received a call from an anonymous person and discloses some of the statements such person assertedly made to plaintiffs.

If plaintiffs wish the Court to consider the unredacted version of their opposition to defendants' motion for sanctions, plaintiffs are hereby DIRECTED to file it in the public record, no later than seven days from the date of this order. If plaintiffs fail to timely file the unredacted version of the opposition, the Court will consider only the redacted version previously filed in the public record.

**IT IS SO ORDERED.**

Dated: May 9, 2018

MAXINE M. CHESNEY
United States District Judge