IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C., <br><br> Plaintiff, <br><br> v. <br><br> TRADEMARK ENGINE LLC, et al., <br><br> Defendants. | Case No. 17-cv-07303-MMC <br><br> **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Before the Court is defendants Trademark Engine, LLC and Travis Crabtree's Motion, filed August 24, 2018, "to Dismiss Plaintiffs' Second Amended Complaint." Plaintiff LegalForce RAPC Worldwide, P.C. has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for October 26, 2018.

**IT IS SO ORDERED.**

Dated: October 22, 2018

MAXINE M. CHESNEY
United States District Judge