# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 7, 2018 | **Time:** 1 hour 13 minutes | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.:** 17-cv-07303-MMC | **Case Name:** LegalForce RAPC Worldwide, P.C v. Trademark Engine LLC, et al. | |

**Attorney for Plaintiff:** Raj Abhyanker; Wensheng Ma
**Attorney for Defendant:** Nicholas Melzer

**Deputy Clerk:** Mauriona Lee                **Court Reporter:** N/A

## PROCEEDINGS

Initial case management hearing held.

REFERRALS:

( X )  Case referred for court-sponsored mediation to be completed within 90 days.

**PRETRIAL SCHEDULE:**

**Discovery cutoff: 9/9/19**

**Expert disclosure:  10/7/19**

**Expert Rebuttal: 10/18/19**

**Expert discovery cutoff: 11/8/19**

**Motions heard by: 11/22/19**

**Deadline to Amend: 2/2/19**

**Pretrial Conference: 2/11/20**

**Court/Jury Trial:  at 9:00 A.M. on 2/24/20 for 3-4 days.**

**Order to be prepared by:**
  ( )     Plaintiff              ( )     Defendant          ( x )     Court

**Notes:**  Pending motions addressed but not ruled upon. Counsel for TTC will be filing motion to withdraw. Protective order needs to be filed in order to move forward with discovery. Further case management conference set for 11/1/19. Joint statement due 10/25/19.