I HOLLAND & KNIGHT LLP
Allison D. Martin Rhodes (SBN 261496)
Dayna E. Underhill (*pro hac vice*)
Nicholas Melzer (SBN 246356)
Daniel P. Kappes (SBN 303454)
Jessica M. Brown (SBN 295293)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
T 213.896.2400 | F 213.896.2450
E-mail: allison.martinrhodes@hklaw.com
E-mail: dayna.underhill@hklaw.com
E-mail: nicholas.melzer@hklaw.com
E-mail: daniel.kappes@hklaw.com
E-mail: jessica.brown@hklaw.com

Attorneys for Defendant
*Trademark Engine, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.,<br><br>Plaintiff,<br><br>vs.<br><br>TRADEMARK ENGINE LLC.; and DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-7303-MMC<br><br>**DEFENDANT TRADEMARK ENGINE, LLC'S NOTICE OF WITHDRAWAL OF MOTION FOR A PROTECTIVE ORDER (DKT. NO. 118) PURSUANT TO LOCAL RULE 7-7(e)**<br><br>Hearing Date:  January 11, 2019<br>Hearing Time:  9:00 a.m.<br>Courtroom:     7<br>Before:        Hon. Maxine M. Chesney |

1  PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 7-7, Defendant Trademark Engine, LLC ("Trademark Engine"), by and through its attorneys, hereby withdraws without prejudice its Motion for a Protective Order Prohibiting Plaintiff or its Attorneys from Recording Telephone Calls Between Counsel, filed on December 3, 2018 (Dkt. No. 118) (the "Motion"). Plaintiff's Opposition to the Motion was due on or before December 17, 2018.  Trademark Engine has not yet filed a Reply.

Northern District of California Civil Local Rule 7-7(e) provides that: "Within the time for filing and serving a reply, the moving party may file and serve a notice of withdrawal of the motion. Upon the filing of a timely withdrawal, the motion will be taken off-calendar."  As the parties have agreed to resolve the issues raised in the Motion, Trademark Engine respectfully withdraws its Motion without prejudice pursuant to Local Civil Rule 7-7(e).  This withdrawal obviates the need for the hearing on this matter scheduled for January 11, 2019.


Dated:  December 17, 2018                Respectfully submitted,

                                         HOLLAND & KNIGHT LLP


                                         /s/ Nicholas Melzer
                                         Nicholas Melzer
                                         Attorneys for Defendant
                                         Trademark Engine, LLC