JORGE A. AMADOR, California SBN 237800
Email: jorge@amadorlegal.com

Jorge A. Amador
JORGE A. AMADOR LAW FIRM
2277 Washington Street, Unit 4
San Francisco, CA 94115
(O) (415) 906-9420

Attorney for Plaintiff,
LegalForce RAPC Worldwide, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C., <br><br> Plaintiff, <br> v. <br><br> TRADEMARK ENGINE LLC, <br><br> Defendant. | Case No.:3:17-cv-07303-MMC <br><br> **NOTICE OF APPEARANCE OF JORGE A. AMADOR** <br><br> Judge:    Hon. Maxine M. Chesney <br> Date Filed:    December 26, 2017 <br> Trial Date:    February 24, 2020 |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THIS COURT:

PLEASE TAKE NOTICE that Jorge A. Amador of the Jorge A. Amador Law Firm hereby enters his appearance as co-counsel of record for Plaintiff LegalForce RAPC Worldwide, P.C.  He is admitted to practice in the State of California. All notices given or required to be given, and all papers filed or served, or required to be served, in the above-captioned matter should be provided to and served upon counsel at the address set forth below:

> Jorge A. Amador
> JORGE A. AMADOR LAW FIRM
> 2277 Washington Street, Unit 4
> San Francisco, CA 94115
> (O) (415) 906-9420
> Email: jorge@amadorlegal.com

Dated: January 14, 2019                    Respectfully submitted,
                                           JORGE A. AMADOR LAW FIRM


                                           /s/ Jorge A. Amador_____
                                           Jorge A. Amador (237800)
                                           Attorney for Plaintiff:
                                           LegalForce RAPC Worldwide, P.C.