RAJ V. ABHYANKER, California SBN 233,284
Email: raj@legalforcelaw.com
WENSHENG MA, California SBN 299961
Email: vincent@legalforcelaw.com
NICHOLAS CRAFT, (*pro hac vice*)
Email: nick@legalforcelaw.com
LEGALFORCE RAPC WORLDWIDE
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorneys for Plaintiff
LegalForce RAPC Worldwide, P.C.,

HOLLAND & KNIGHT LLP
Allison D. Martin Rhodes (SBN 261496)
Dayna E. Underhill *pro hac vice*
Nicholas B. Melzer (SBN 246356)
Daniel P. Kappes (SBN 303454)
Jessica M. Brown (SBN 293295)
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
E-mail: allison.martinrhodes@hklaw.com
E-mail: dayna.underhill@hklaw.com
E-mail: daniel.kappes@hklaw.com
Email: jessica.brown@hklaw.com

Attorneys for Defendant
TRADEMARK ENGINE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.,<br><br>Plaintiff,<br><br>vs.<br><br>TRADEMARK ENGINE LLC; and DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-7303-MMC<br><br>**JOINT NOTICE OF SETTLEMENT**; ORDER THEREON<br><br>Hearing Date: n/a<br>Time:      n/a<br>Courtroom:  7 – 19th Floor<br>Before:     Hon. Maxine Chesney |

The parties in the above-referenced case, by and through each's counsel, submit this Joint Notice of Settlement.  The parties to this action have reached agreement on the principal terms of a settlement in this matter and so inform the Court.  All claims between the parties have been resolved to their satisfaction.  The parties anticipate filing a dismissal with prejudice on or before Friday, August 30, 2019.  As such, the parties request that the Court vacate all pending motion, hearing, pre-trial, and trial dates and close the case for administrative purposes.

RESPECTFULLY SUBMITTED,

DATED:  August 28, 2019                    HOLLAND & KNIGHT LLP

                                           /s/ Dayna E. Underhill
                                           Dayna E. Underhill

                                           Attorneys for Defendant
                                           *Trademark Engine, LLC*

                                           LEGALFORCE RAPC WORLDWIDE

                                           Raj V. Abhyanker

                                           Attorneys for Plaintiff
                                           *LegalForce RAPC Worldwide*

                    ORDER

   Good cause appearing, the parties' joint request to vacate all pending motion, hearing, pre-trial and trial dates is hereby GRANTED.

Dated: August 28, 2019

                                           United States District Judge

                                           2

NOTICE OF SETTLEMENT                                   Case No. 3:17-cv-7303-MMC