RAJ V. ABHYANKER, California SBN 233284
Email: raj@legalforcelaw.com
WENSHENG MA, California SBN 299961
Email: vincent@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:   (650) 965-8731
Facsimile:    (650) 989-2131

Attorneys for Plaintiff,
LegalForce RAPC Worldwide, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.,<br><br>  Plaintiff,<br><br>  v.<br><br>TRADEMARK ENGINE LLC,<br><br>  Defendant. | Case No.:3:17-cv-07303-MMC<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER TO MODIFY PROTECTIVE ORDER**<br><br>Date:     October 4, 2019<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 7<br>Judge:   Hon. Maxine M. Chesney |

TO DEFENDANT TRADEMARK ENGINE, LLC ("TME") AND THEIR ATTORNEYS OF RECORD, AND TO BECK, BISMONTE, & FINLEY LLP (COUNSEL FOR THIRD-PARTY DEPONENT JOHN C. SALCIDO) AND MIJARES NASH, PLLC (COUNSEL FOR THIRD-PARTY DEPONENT HEATHER A. SAPP):

PLEASE TAKE NOTICE that on October 4, 2019, at 9:00 a.m., in Courtroom 7 of the above-entitled Court, located at 450 Golden Gate Avenue in San Francisco, California, plaintiff LegalForce RAPC Worldwide P.C. ("RAPC") will and hereby does move this Court for an order to amend the protective order entered on February 4, 2019 (Dkt. 127), as stated in the accompanying proposed order. This motion is based on Mr. Abhyanker's constitutional rights to due process and effective assistance of counsel as to various disciplinary Complaints filed by the United States Patent & Trademark Office ("USPTO") against at least five ("5") current and former attorneys of RAPC now pending before an Administrative Law Judge ("ALJ") of the Housing and Urban Development ("HUD"), and scheduled for trial in November 2019. It is based on the terms of the protective order (Dkt. 127 at 13, ¶ 12.1), as well as established case law.

In support of this motion, Plaintiff submits the accompanying Memorandum of Points and Authorities, the accompanying declaration of Raj V. Abhyanker, and the accompanying Proposed Order.

Dated: August 30, 2019      LEGALFORCE RAPC WORLDWIDE P.C.

                                               /Raj Abhyanker/
                                       Raj V. Abhyanker
                                       Attorney for Plaintiff:
                                       LegalForce RAPC Worldwide, P.C.