1  RAJ V. ABHYANKER, California SBN 233,284
   Email: raj@legalforcelaw.com
2  WENSHENG MA, California SBN 299961
   Email: vincent@legalforcelaw.com
3  NICHOLAS CRAFT, (*pro hac vice*)
   Email: nick@legalforcelaw.com
4  LEGALFORCE RAPC WORLDWIDE
5  1580 W. El Camino Real, Suite 10
   Mountain View, CA 94040
6  Telephone: (650) 965-8731
   Facsimile: (650) 989-2131

Attorneys for Plaintiff
LegalForce RAPC Worldwide, P.C.,

**IT IS SO ORDERED**

*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: September 3, 2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.,<br><br>Plaintiff,<br><br>vs.<br><br>TRADEMARK ENGINE LLC; and DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-7303-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 7 – 19th Floor<br>Before: Hon. Maxine Chesney |

|   |   |
|---|---|
| 1 | Plaintiff hereby voluntarily dismisses this matter, with prejudice and without conditions, against all Defendants pursuant to Federal Civil Rule 41(a)(1)(A)(i).  Each side shall bear its own costs and fees. |
| 2 | |
| 3 | |
| 4 | In addition, Plaintiff requests that the Motion to Modify Protective Order (Dkt. 166) remain active on the calendar after dismissal with prejudice of this case. |
| 5 | |
| 6 | |
| 7 | RESPECTFULLY SUBMITTED, |
| 8 | DATED:  August 30, 2019 |


1  Plaintiff hereby voluntarily dismisses this matter, with prejudice and without conditions,
2  against all Defendants pursuant to Federal Civil Rule 41(a)(1)(A)(i).  Each side shall bear its own
3  costs and fees.
4      In addition, Plaintiff requests that the Motion to Modify Protective Order (Dkt. 166) remain
5  active on the calendar after dismissal with prejudice of this case.
6
7  RESPECTFULLY SUBMITTED,
8  DATED:  August 30, 2019
9                                              LEGALFORCE RAPC WORLDWIDE
10                                             /Raj Abhyanker/
11                                             _____
                                               Raj V. Abhyanker
12                                             Attorneys for Plaintiff
                                               *LegalForce RAPC Worldwide*
13
14
...
28